# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                                             Case No. 09−01009
                                                                                                BK Case No. 08−12203

Cross v. The Education Resource Institute (TERI) et al

## NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on September 29, 2009 at 01:30 PM

to consider and act upon the following:

*42* − Joint Motion to Extend Time of Discovery and Dispositive Motion Deadline Filed by Stephen T Masley, Allen G. Woodard, David A. Norris on behalf of C Leigh Cross, National Collegiate Trust, The Education Resource Institute (TERI). (Norris, David)

---

Each party desiring to be heard MUST CALL conferencing services at least 5 minutes prior to the commencement of court.

                         PHONE: **1−866−215−2786**
                         CHAIRPERSON: William Livingston

You will be asked to provide the name of the chairperson and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

- Do not place the phone on hold during the call as many companies utilize background music
- Do not conduct work such as paper shuffling or keyboard typing with an open line
- Do not address the court until called upon
- Maintain telephone silence while waiting and refrain from making unnecessary noise
- Mute telephone as applicable
- Follow conference coordinator instructions as provided

Your case will be called as soon as possible.

Dated: September 22, 2009

*(signature)*

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court