# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

      **C. LEIGH CROSS, Debtor**                              **CHAPTER 7**
                                                   **CASE NO. 08-12203**

**C. LEIGH CROSS**                                            **PLAINTIFF**

**VS.**                                          **ADVERSARY NO. 09-01009**

**SALLIE MAE FOUNDATION and AMERICAN**
**EDUCATION SERVICES**                                   **DEFENDANTS**

## STIPULATION

COMES NOW Defendants, THE EDUCATION RESOURCES INSTITUTE, INC. ("TERI"), and NATIONAL COLLEGIATE TRUST ("NCT") and Plaintiff, C. LEIGH CROSS ("Cross"), by and through undersigned counsel and hereby stipulate to the following:

1.      Cross received an educational benefit as a result of the loans that are the subject of this litigation.

2.      The loans that are the subject of this litigation fall within the scope of 11 U.S.C. § 523(a)(8).

THIS the 30th day of October, 2009.

                                  Respectfully submitted,

                                  **THE EDUCATION RESOURCES INSTITUTE,**
                                  **INC. and NATIONAL COLLEGIATE TRUST**

                                  BY:  s/ David A. Norris
                                        DAVID A. NORRIS
                                        One of the Attorneys for The Education
                                        Resources Institute, Inc. and National
                                        Collegiate Trust

                                  **C. LEIGH CROSS**

                                  BY:  s/ Allen G. Woodard
                                          ALLEN G. WOODARD
                                        Attorney for C. Leigh Cross

## CERTIFICATE OF SERVICE

I, David A. Norris, of McGlinchey Stafford, PLLC, do hereby certify that a copy of the foregoing has been served upon the following by mailing a copy of the same to each of them by first class mail, postage prepaid and properly addressed:

Allen G. Woodard
Woodard, Patel & Sledge
1213 East Three Notch Street
Andalusia, AL 36420

THIS, the 30th day of October, 2009.

s/ David A. Norris
DAVID A. NORRIS