## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 08-12203-WRS |
| | Chapter 7 |
| C. LEIGH CROSS, | |
| Debtor | |
| C. LEIGH CROSS, | |
| Plaintiff | Adv. Pro. No. 09-1009-WRS |
| v. | |
| THE EDUCATION RESOURCES INSTITUTE INC., et al, | |
| Defendants | |

### MEMORANDUM DECISION

On January 14, 2009, Plaintiff C. Leigh Cross filed a complaint to determine the dischargeability of certain student loans, naming Sallie Mae Foundation and American Education Services as Defendants. (Doc. 1). Shortly thereafter, Defendant American Education Services moved to be dismissed, contending that it was not a party in interest. (Doc. 5). The Kentucky Higher Education Assistance Authority moved to join as a named party claiming that it was the holder of the debt owed by the Plaintiff. (Doc. 8). On March 27, 2009, the Plaintiff filed an Amended Complaint, naming three Defendants: (1) Kentucky Higher Education Assistance Agency; (2) The Education Resource Institute (TERI); and (3) National Collegiate Trust. (Doc. 12).

On October 30, 2009, the parties filed two stipulations. (Docs. 49, 50). In the first, it was stipulated that the debt owed Kentucky Higher Education Assistance Authority was excepted

from discharge pursuant to 11 U.S.C. § 523(a)(8)(providing that certain student loans are excepted from discharge unless the debtor can prove an "undue hardship").  In a second stipulation, involving The Education Resources Institute, Inc., and National Collegiate Trust, it is stipulated that the loans "fall within the scope of 11 U.S.C. § 523(a)(8).  Presumably, this means that the loans are also excepted from discharge.  As this appears to resolve all of the claims against all of the parties, the Court will enter a final judgment by way of a separate document.

Done this 22nd day of December, 2009.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Allen G. Woodard, Esq.
 David A Norris, Esq.
 W. McCollum Halcomb, Esq.

3