UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

Case No. 08-12203-WRS
Chapter 7

C. LEIGH CROSS,

    Debtor

C. LEIGH CROSS,

    Plaintiff

Adv. Pro. No. 09-1009-WRS

v.

THE EDUCATION RESOURCES
INSTITUTE INC., et al,

    Defendants

## JUDGMENT

Pursuant to stipulations filed by the parties (Docs. 49, 50), the subject educational loans are excepted from the Debtor's discharge pursuant to 11 U.S.C. § 523(a)(8).

Done this 22nd day of December, 2009.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Allen G. Woodard, Esq.
David A Norris, Esq.
W. McCollum Halcomb, Esq.